UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

LESLIE J. WEBB,

        Plaintiff,

v.                                      3:11-cv-162

GEORGE WASHINGTON,

        Defendant.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum, the Court **ORDERS** that this

action is **DISMISSED WITH PREJUDICE** for failure to prosecute and to comply with the

orders of the Court. All other pending motions are **DENIED** as **MOOT**. The Court further

**CERTIFIES** that any appeal from this action would not be taken in good faith and would

be totally frivolous.

      **ENTER:**

                                        _____s/ Thomas W. Phillips_____
                                        United States District Judge

ENTERED AS A JUDGMENT
    _____s/ *Debra C. Poplin*_____
      CLERK OF COURT